# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 16, 2014

## NO. 03-14-00207-CV

**Centex Freight Lines, L.L.C., Appellant**

**v.**

**Prudence Adams, Appellee**

## APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the orders signed by the district court on May 12, 2011 and March 27, 2014. Centex Freight Lines, L.L.C. has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.